```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF

v.                      CASE NO. 10CR20033

SARAH ALVERSON                                        DEFENDANT

### **O R D E R**

Before the Court is the Government's Motion to Dismiss the Indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure (doc. 22). The Court, being well and sufficiently advised, finds that the Government's Motion should be GRANTED. Accordingly, the Indictment (doc. 9) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 3rd day of December 2010.

*/s/ Robert T. Dawson*
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**